AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LARRY HUDSON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV602-137

J. SINGLETON AND S. GIBSON

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the jury verdict, judgment is hereby entered in favor of the Plaintiff, Larry Hudson and against the Defendants J. Singleton and S. Gibson the sum of ONE THOUSAND DOLLARS AND NO/100 ($1,000.00) actual damages each and TEN THOUSAND DOLLARS AND NO/100,($10,000.00) punitive damages each. Said Plaintiff shall have and recover his costs of Court, in his behalf expended, such costs to be taxed by the Clerk of this Court.

| October 19, 2005 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03