IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LARRY HUDSON,

    Plaintiff,

v.

Correctional Officer J. SINGLETON,
and Correctional Officer S. GIBSON,

    Defendants.

CIVIL ACTION NO.: CV602-137

## ORDER

Plaintiff has filed a "Request to Recover Costs of Court and Request for Trial Transcripts." Defendants have filed a response. The Court is without sufficient information to determine the appropriateness of the costs sought by the Plaintiff. Plaintiff is directed to file with the Court, within twenty (20) days of the date of this Order, an itemization of the costs he incurred in the prosecution of this case.

**SO ORDERED**, this 1st day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)