

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LARRY HUDSON,

    Plaintiff,

v.                                            CIVIL ACTION NO.: CV602-137

Correctional Officer J. SINGLETON,
and Correctional Officer S. GIBSON,

    Defendants.

## ORDER

    Plaintiff filed a Motion to Recover Costs associated with prosecuting his case. Through his Motion, Plaintiff seeks to recover money he paid to have legal documents mailed from the prison, as well as the fee associated with the filing of his Complaint. Defendants responded to this Motion. The undersigned conducted an evidentiary hearing on Plaintiff's Motion.

    At the evidentiary hearing, Phil Cannon ("Cannon"), counsel for Defendants, agreed that the Georgia Department of Corrections would forgive any monies Plaintiff spent for mailing documents to the Court and to Cannon; Plaintiff estimated that this amount was $40.00. Cannon also agreed that the Georgia Department of Corrections would forgive Plaintiff's full filing fee, which was $150.00 at the time Plaintiff filed his Complaint.

    Plaintiff's Motion to Recover Costs (Doc. No. 82) is **GRANTED** in part. A review of the docket sheet in this case reveals that $75.00 of Plaintiff's $150.00 filing fee was paid on his behalf on January 22, 2003. Defendants are directed to remit the remaining $75.00

to the Clerk of the Court. Defendants also are directed to reimburse the $75.00 already paid on Plaintiff's behalf to: Elnora W. Davis, 5202 Henry Road, Eight Mile, Alabama 36613. Defendants further are directed to forgive or "reverse" $190.00 in Plaintiff's inmate account, which reflects the $40.00 in postage for the pleadings Plaintiff was required to send to the Court and defense counsel and the $150.00 filing fee, which appears on Plaintiff's inmate account statement as an outstanding obligation. (Doc. No. 94, p. 7.)

At the evidentiary hearing before the undersigned, Plaintiff withdrew the remaining portions of his Motion to Recover Costs. Said portions of Plaintiff's Motion are **DISMISSED**.

**SO ORDERED**, this 27th day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev. 8/82)