AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LARRY HUDSON

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV602-137

J. SINGLETON, Correctional Officer and
S. GIBSON, Correctional Officer

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered March 27, 2006, judgment is hereby entered in favor of Plaintiff Larry Hudson and against Defendant Correctional Office J. Singleton in the amount of One Thousand Dollars ($1,000.00), in actual damages and Ten Thousand Dollars ($10,000.00), in punitive damages.

IT is further Ordered that Judgment be entered in favor of Plaintiff Larry Hudson and against Defendant Correctional Officer S. Gibson in the amount of One Thousand Dollars ($1,000.00), actual damages and Five Thousand Dollars ($5,000.00), in punitive damages.

| March 28, 2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03